**Christopher S. FRANCIS,
Plaintiff–Appellant,**

v.

**SECRETARY, DEPARTMENT OF
PUBLIC SAFETY AND CORREC-
TIONAL SERVICES (DPSCS), Defen-
dant–Appellee.**

No. 16–6000.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 29, 2016.

Decided: April 1, 2016.

Christopher Scott Francis, Appellant
Pro Se. Dorianne Avery Meloy, Office of
the Attorney General of Maryland, Balti-
more, Maryland, for Appellee.

Before GREGORY and DUNCAN,
Circuit Judges, and DAVIS, Senior Circuit
Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Christopher S. Francis appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Francis v. Sec'y, Dep't of Pub. Safety & Corr. Servs.,* No. 8:15–cv–01255–GJH, 2015 WL 7721810 (D.Md. Nov. 30, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*